**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>SPACECO BUSINESS SOLUTIONS, INC.<br><br>    Defendant,<br><br>    v.<br><br>JERRY MOSCOVITCH<br><br>    Counterclaim Defendant | C. A. No.: 6:14-cv-00411-LED<br><br><br><br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT SPACECO BUSINESS SOLUTIONS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant SpaceCo Business Solutions, Inc. (hereinafter "SpaceCo") files its Corporate Disclosure Statement stating there is no parent corporation, and no publicly-held corporation or investment fund holds ten percent (10%) or more of SpaceCo's stock.

Respectfully submitted,

_/s/ Scott Stevens_
Scott E. Stevens
Texas Bar Number 00792024
Todd Brandt
Texas Bar Number 24027051
Stevens | Love, PLLC
P.O. Box 3427
Longview, TX 75606-3427
Telephone:  (903) 753-6760
Fax:  (903) 753-6761
Email: scott@stevenslove.com

*ATTORNEYS FOR DEFENDANT,*
*SpaceCo Business Solutions, Inc*

## **CERTIFICATE OF SERVICE**

   The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 16th day of July, 2014.

_____
Scott E. Stevens