**Exhibit A**
Accused Products

| Planar | Ergotech | ISE | SpaceCo | Herman Miller |
|---|---|---|---|---|
| Dual Stand (997-5253-00; 997-6504-00) | 100-D16-B02 | MA5000-2-S-C/G | SA02 | Flo Modular |
| Triple Stand (997-6035-00) | 100-D16-B03 | MA-2-L-C/G | SA04 | Wishbone |
| Quad Stand (997-5602-00) | 100-D16-B03-TW | | | Wishbone Plus |
| | 100-D16-B03-5S | MA-2-S-C/G | SA22 | |
| | 100-D28-B12 | MA-3-C/G | SA44 | |



# Exhibit A



100-D28-B13

100-D28-B15-WSGF

100-D28-B22-HD

MA-4-C/G

MA-6-C/G

MA4000-2-AH-C/G-BM2

SMM22SA02

SMM23SA02

SS02

# Exhibit A



100-D28-B33

200-G16-B01 (Grommet)

200-F16-B01 (Flush)

MA4000-3-1HH2AH-C/G-BM4

MA4000-2-AH-C/G

SS02X4

SS02X8

**Exhibit A**

200-C16-B01 (Clamp)

320-C14-C024

FDM-PC-S02

900-F16-B02



**Exhibit A**

900-F16-B04

900-F16-B05

900-F16-B44

700-1336-B

700-1736-B



**Exhibit A**

| | | | | |
|---|---|---|---|---|
| |  | | | |