**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.<br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SPACECO BUSINESS SOLUTIONS, INC.<br>    Defendant,<br><br>v.<br><br>JERRY MOSCOVITCH<br>    Counterclaim Defendant | C. A. No.: 6:14-cv-00411-LED<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING MOTION FOR DISMISSAL WITHOUT PREJUDICE**

On this day came on to be considered the Defendant SpaceCo Business Solutions, Inc.'s Motion for Dismissal Without Prejudice.  After considering same, the Court grants the motion and dismisses the Counterclaims against Counterclaim Defendant Jerry Moscovitch without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

**So ORDERED and SIGNED this 10th day of November, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**