IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., | § <br> § <br> § |
| Plaintiff, | § <br> § |
| v. | § Case No. 6:14-cv-411 <br> § <br> § Consolidated Lead Case |
| SPACECO BUSINESS SOLUTIONS, INC., | § <br> § <br> § |
| Defendant. | § <br> § |

## ORDER

On November 5, 2014, the Court conducted a special case management conference in the above-styled consolidated case.[1] At the conference, the parties agreed to follow the Track B Initial Case Management Order, subject to the following modifications: the deadline for compliance with Paragraph 2 (Initial Disclosures and Summary Sales Information) is **December 15, 2014**, and the deadline for Paragraph 4 (Invalidity Contentions) is **January 15, 2015**.

The Court **ORDERS** the parties to meet and confer and submit a joint proposed Initial Case Management Order[2] incorporating the Track B schedule as modified above within **7 days** from the date of this Order.

---

[1] At the time of the conference, the cases had not yet been consolidated. However, because the parties were unopposed to consolidation at the conference, the Court consolidated the cases later a separate Order.

[2] The parties may submit a modified version of the form Track B Order attached to General Order 14-03, General Order Regarding Track B Initial Patent Case Management Order (E.D. Tex. Feb. 25, 2014), http://www.txed.uscourts.gov/cgi-bin/view_document.cgi?document=24330.

Furthermore, the Court **ORDERS** the parties to attend a second management conference on **February 18, 2015 at 9:00 a.m.** As the Court outlined at the conference, the following dates are also currently scheduled but are subject to future modification:

| | |
|---|---|
| Markman | April 23, 2015 at 9:00 a.m. |
| Pre-Trial Conference | March 24, 2016 at 9:00 a.m. |
| Jury Selection | April 4, 2016 at 9:00 a.m. |
| Jury Trial | April 11, 2016 at 9:00 a.m. |

**So ORDERED and SIGNED this 12th day of November, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**