## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:14-cv-00411-LED** |
| **v.** | § | **LEAD CASE** |
| | § | |
| **SPACECO BUSINESS SOLUTIONS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| **v.** | § | |
| | § | |
| **ISE, INC., ET AL.** | § | **Civil Action No. 6:14-cv-00413-LED** |
| | § | |
| **Defendants.** | § | |

### ORDER

The Court, having considered Plaintiff Mass Engineered Design, Inc.'s ("Mass") Unopposed Second Motion for Extension of Time to Comply with PR 3-1 and 3-2, finds that the Motion should be **GRANTED**. It is therefore;

**ORDERED** that the deadline for Mass to serve to comply with PR 3-1 and 3-2 is extended from November 24, 2014 until and including December 15, 2014.

**So ORDERED and SIGNED this 25th day of November, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**