# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 6:14-cv-00411-LED |
| v. | § § | LEAD CASE |
| SPACECO BUSINESS SOLUTIONS, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |
| v. | § § | Civil Action No. 6:14-cv-00412-LED |
| ERGOTECH GROUP, INC. | § § § | |
| Defendant. | § | |
| v. | § § | Civil Action No. 6:14-cv-00413-LED |
| ISE, INC., ET AL., | § § | |
| Defendants. | § § | |
| v. | § § | Civil Action No. 6:14-cv-00414-LED |
| PLANAR SYSTEMS, INC., | § § § | |
| Defendant. | § § | |
| v. | § § | Civil Action No. 6:14-cv-00431-LED |
| HERMAN MILLER, INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulation of Dismissal With Prejudice of all claims asserted between Plaintiff, Mass Engineered Design, Inc., and Defendant, Ergotech Group, Inc. in this case, and the Court being of the opinion that said Stipulation should be ENTERED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, Mass Engineered Design, Inc., and Defendant, Ergotech Group, Inc., are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 5th day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**