**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.,** § § | | |
| **v.** § § | **Civil Action No. 6:14-cv-00411-LED** | |
| **SPACECO BUSINESS SOLUTIONS, INC.** § § § | **Consolidated Lead Case** | |
| **v. ISE, INC., ET AL.** § § § | **Civil Action No. 6:14-cv-00413-LED** | |
| **v. PLANAR SYSTEMS, INC.** § § § | **Civil Action No. 6:14-cv-00414-LED** | |
| **v. HERMAN MILLER, INC.** § § § | **Civil Action No. 6:14-cv-00431-LED** | |

## ORDER

CAME BEFORE THE COURT the Parties AGREED MOTION FOR EXTENSION OF CERTAIN DEADLINES BY ONE DAY. This Agreed Motion is GRANTED. It is ORDERED that the following deadlines are extended by one day:

| Event | Prior deadline | New deadline |
|---|---|---|
| Comply with P.R. 4-1 (Exchange Proposed Claim Terms) | 1/25/15 | 1/26/15 |
| Comply with P.R. 4-3 (Joint Claim Construction Statement) | 2/15/15 | 2/16/15 |
| Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any) | 3/1/15 | 3/6/15 |
| Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) | 3/15/15 | 3/16/15 |

| | | |
|---|---|---|
| Comply with P.R. 4-5(c) (Reply Claim Construction Brief) | 3/22/15 | 3/26/15 |

**So ORDERED and SIGNED this 12th day of December, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**