IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., <br><br> Plaintiff, <br><br> v. <br><br> SPACECO BUSINESS SOLUTIONS, INC., <br><br> Defendant. | § § § § § § § § § § | Civil Action No. 6:14-cv-00411-LED <br><br> LEAD CASE <br><br> JURY TRIAL DEMANDED |
| v. <br><br> ISE, INC., ET AL., <br><br> Defendants. | § § § § § | Civil Action No. 6:14-cv-00413-LED |
| v. <br><br> PLANAR SYSTEMS, INC., <br><br> Defendant. | § § § § § | Civil Action No. 6:14-cv-00414-LED |
| v. <br><br> HERMAN MILLER, INC., <br><br> Defendant. | § § § § § | Civil Action No. 6:14-cv-00431-LED |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulation of Dismissal without Prejudice of all claims asserted between Plaintiff, Mass Engineered Design, Inc., and Defendant, ISE, Inc., in this case, and the Court being of the opinion that said Stipulation should be ENTERED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff, Mass Engineered Design, Inc., and Defendant, ISE, Inc., are hereby dismissed without prejudice.

Case 6:14-cv-00411-RWS-KNM Document 43 Filed 12/15/14 Page 2 of 2 PageID #: 3988

2

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 15th day of December, 2014.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**