**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., § § § | |
| Plaintiff, § | |
| § | Case No. 6:14-cv-411 |
| v. § | |
| § | Consolidated Lead Case |
| SPACECO BUSINESS SOLUTIONS, § | |
| INC., § | |
| § | |
| Defendant. § | |

## ORDER

The Court **REFERS** this case for claim construction only to United States Magistrate Judge K. Nicole Mitchell for disposition in accordance with 28 U.S.C. § 636.  The undersigned will continue to oversee all other matters.

So ORDERED and SIGNED this 8th day of January, 2015.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**