# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>v.<br><br>Spaceco Business Solutions, Inc. | Civil Action No. 6:14-cv-411 [LED]<br><br>CONSOLIDATED LEAD CASE |

## PLANAR SYSTEMS, INC.'S NOTICE OF COMPLIANCE WITH
## P.R. 3-3 AND 3-4

Defendant Planar Systems, Inc. ("Planar") hereby notifies the Court that it timely complied with the requirements of P.R. 3-3 and 3-4 and the Track B Initial Patent Case Management Order [Dkt. 33] in this case. On January 15, 2015 Planar served its Patent Rule 3-3 Invalidity Contentions and its Patent Rule 3-4 document production.

Dated: January 19, 2015

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
Daniel S. Mount, Esq. (Cal. Bar No. 77517)
dmount@mount.com
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
kspelman@mount.com
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
dfingerman@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473

        E. Glenn Thames, Jr.
        Texas State Bar No. 00785097
        glennthames@potterminton.com
        POTTER MINTON
        A PROFESSIONAL CORPORATION
        110 N. College Avenue, Suite 500
        Tyler, TX 75702
        (903) 597-8311 Telephone
        (903) 593-0846 Telecopier

        ***Counsel for Planar Systems, Inc.***

## **CERTIFICATE OF SERVICE**

        I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on January 19, 2015. All other counsel of record will be served by U.S. first-class mail on this same date.

        */s/ E. Glenn Thames, Jr.*
        E. Glenn Thames, Jr.