# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Mass Engineered Design, Inc. <br><br> v. <br><br> Spaceco Business Solutions, Inc. | Civil Action No. 6:14-cv-411 [LED] <br><br> CONSOLIDATED LEAD CASE |

### PLANAR SYSTEMS, INC.'S NOTICE OF COMPLIANCE WITH
### P.R. 4-1

Defendant Planar Systems, Inc. ("Planar") hereby notifies the Court that it timely complied with the requirements of P.R. 4-1 and the Track B Initial Patent Case Management Order [Dkt. 33] in this case.  Defendants' Preliminary List of Proposed Terms and Claim Elements for Construction was served on January 26, 2015.

Dated:  January 28, 2015         Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
Daniel S. Mount, Esq. (Cal. Bar No. 77517)
dmount@mount.com
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
kspelman@mount.com
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
dfingerman@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA  95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473

E. Glenn Thames, Jr.
Texas State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 Telephone
(903) 593-0846 Telecopier

*Counsel for Planar Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on January 28, 2015. All other counsel of record will be served by U.S. first-class mail on this same date.

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.