# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.,** § § | | |
| Plaintiff, § § | Civil Action No. 6:14-cv-00411-LED | |
| v. § § | LEAD CASE | |
| **SPACECO BUSINESS SOLUTIONS, INC.,** § § § | | |
| Defendant. § | | |
| v. § § | Civil Action No. 6:14-cv-00431-LED | |
| **HERMAN MILLER, INC.,** § § § | | |
| Defendant. § § | | |

## ORDER

On this day, came on to be considered Defendant Herman Miller, Inc.'s ("Herman Miller") Unopposed Motion for Withdrawal of Counsel. After considering said motion, the Court is of the opinion that the motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Kori Anne Bagrowski be allowed to withdraw and is hereby withdrawn as attorney of record for Herman Miller in the above referenced matter, and the clerk shall discontinue all CM/ECF notices in this matter to Kori Anne Bagrowski.

So ORDERED and SIGNED this 29th day of January, 2015.

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE