**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

DATE:   February 18, 2015

**LEONARD DAVIS, Judge Presiding**

| | |
|---|---|
| Law Clerk(s):  Alex Trzeciak | Court Reporters:  Shea Sloan & Brenda Butler |
| Chief Staff Attorney:  Boone Baxter | Judicial Assistant:  Carrie King |

| | |
|---|---|
| **MASS ENGINEERED DESIGN, INC.**<br><br>**V.**<br><br>**SPACECO BUSINESS SOLUTIONS, INC.** | **CIVIL ACTION NO: 6:14-CV-411<br>LEAD CASE**<br><br>**SCHEDULING CONFERENCE** |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| SEE SIGN-IN SHEETS ||

On this day, came the parties by their attorneys and the following proceedings were had:

| | |
|---|---|
| OPEN:   9:03 am | ADJOURN: 9:18 am |

| | |
|---|---|
| 9:03 am | **Case called.  Parties announced ready.** |
| | Court addressed the parties and asked for arguments on the email discovery issue.  John Edmonds made arguments for Plaintiff.  Response by Carl Hjort for Defendants.  Reply by Mr. Edmonds.  Reply by Mr. Hjort.  Agreement reached on dates.  Mr. Edmonds discussed number of email discovery requests.  Court and Mr. Edmonds discussed.  Response by Mr. Hjort.  Court proposed resolution.  Mr. Edmonds responded.  Parties agreed that matter is resolved. |
| | Court requested arguments on access of documents designated as Attorneys' Eyes Only.  Mr. Edmonds made arguments.  Response by Mr. Hjort – discussed his role as general counsel.  Court inquired as to prejudice.  Mr. Hjort responded.  Court will enter order barring Mr. Hjort from viewing material through mediation without prejudice.  Motion to modify can be made after mediation. |
| | Court discussed technology tutorials.  Will not preclude parties from doing so. |
| | Court discussed mediation and scheduling with former Judge Ward.  Mr. Edmonds responded.  Court gave instructions to the parties.  If Judge Ward is unavailable, Court will appoint former Judge Faulkner. |
| | Court inquired as to settled parties and ranges to date.  Mr. Edmonds responded.  Court inquired as to settlement range discussed with remaining parties.  Mr. Edmonds responded.  Mr. Hjort responded.  Court gave further instructions on mediation. |
| 9:18 am | There being nothing further, Court adjourned. |