United States District Court
Eastern District of Texas
Tyler Division

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>Plaintiff<br><br>v.<br><br>SpaceCo Business Solutions, Inc.,<br><br>Defendant | Civil Action No. 6:14-cv-00411-LED<br><br>LEAD CASE |
| v.<br><br>Planar Systems, Inc.<br><br>Defendant | Civil Action No. 6:14-cv-00414-LED |
| v.<br><br>Herman Miller, Inc.,<br><br>Defendant | Civil Action No. 6:14-cv-00431-LED |

### Order Granting Joint First Motion to Extend Claim Construction Discovery Deadline

Having reviewed the parties' Joint First Motion to Extend Claim Construction Discovery Deadline, the Court **ORDERS** that the claim construction discovery deadline is extended from February 24, 2015 up to and including March 7, 2015.

**So ORDERED and SIGNED this 23rd day of February, 2015.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**