**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.** | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 6:14-CV-411 |
| **SPACECO BUSINESS SOLUTIONS,** | § | |
| **INC.,** *et al*. | § | |
| | § | |

**ORDER**

The above-styled case is referred to the undersigned for purposes of claim construction. The *Markman* hearing is scheduled for April 28, 2015.

The parties are hereby **ORDERED** to meet and confer and propose an agreed-upon technical advisor no later than **March 13, 2015**. If the parties are unable to agree on a technical advisor, the Court will appoint one.

So ORDERED and SIGNED this 2nd day of March, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE