**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.** | § | |
| | § | |
| **vs.** | § | |
| | § | **CIVIL ACTION NO. 6:14-CV-411** |
| **SPACECO BUSINESS SOLUTIONS,** | § | |
| **INC.**, *et al*. | § | |
| | § | |

**ORDER**

The Court has reviewed the parties' P.R. 4-3 Joint Claim Construction and Prehearing Statement (docket no. 57). Plaintiff's chart identifies 24 claims in dispute. Twenty-four claims would be unmanageable for both the Court and the parties. The Court **ORDERS** the parties to meet and confer to reduce the number of disputed terms to a reasonable number. The Court further **ORDERS** the parties to file an amended P.R. 4-3 Statement within seven days.[1]

So ORDERED and SIGNED this 3rd day of March, 2015.

*K. Nicole Mitchell*
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

---

[1] The P.R. 4-3 Joint Claim Construction and Prehearing Statement submitted by the parties includes separate charts of proposed constructions by Plaintiff and Defendants. The disputed terms are not in the same order in both charts, making it difficult for the Court to line up the parties' proposed constructions. The charts submitted with the amended P.R. 4-3 Statement shall address terms in the same order and be numbered in the same order.