IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., | § § | 6:14CV411 |
| Plaintiff, | § § | CONSOLIDATED WITH Civil Action No. 6:14-cv-00431-LED |
| v. | § § | |
| HERMAN MILLER, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

### ORDER STAYING ALL UNREACHED DEADLINES AS BETWEEN MASS ENGINEERED DESIGN, INC. AND HERMAN MILLER, INC.

CAME ON THIS DAY for consideration Plaintiff, MASS Engineered Design, Inc.'s, and Defendant, Herman Miller, Inc.'s, Joint Motion To Stay All Deadlines And Notice Of Settlement. The Court being of the opinion that said Motion should be GRANTED, it is hereby:

ORDERED that all unreached deadlines in the Court's Docket Control Order as between Mass Engineered Design, Inc. and Herman Miller, Inc. are stayed for a period of thirty (30) days.

No other deadlines in the Court's Docket Control Order shall be changed or modified by this Order.

**So ORDERED and SIGNED this 4th day of March, 2015.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**