IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SPACECO BUSINESS SOLUTIONS, INC.,<br><br>  Defendant. | § § § § § § § § § § § | Civil Action No. 6:14-cv-00411-LED<br><br>LEAD CASE |
| v.<br><br>PLANAR SYSTEMS, INC.,<br><br>  Defendant. | § § § § § | Civil Action No. 6:14-cv-00414-LED |

**ORDER**

The Court, having considered Plaintiff, Mass Engineered Design, Inc.'s, Unopposed Motion for Leave to File Amended Opening Claim Construction Brief, finds that the Motion should be **GRANTED**.

It is therefore **ORDERED**, that MASS shall file its Amended Opening Claim Construction Brief (as set forth in Exhibit A to MASS's Motion) no later than one (1) business day after the date of this Order.

It is further **ORDERED** that the Docket Control Order be modified as follows:

| | **Current Deadline** | **New Deadline** |
|---|---|---|
| Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) | 03/15/2015 | 03/24/2015 |
| Comply with P.R. 4-5(c) (Reply Claim Construction Brief) | 03/22/2015 | 03/31/2015 |

No other dates shall be changed or amended by this Order.

1

2

So ORDERED and SIGNED this 11th day of March, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE