United States District Court
Eastern District of Texas
Tyler Division

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>Plaintiff<br><br>v.<br><br>SpaceCo Business Solutions, Inc.,<br><br>Defendant | Civil Action No. 6:14-cv-00411-LED<br><br>LEAD CASE |
| v.<br><br>Planar Systems, Inc.<br><br>Defendant | Civil Action No. 6:14-cv-00414-LED |

### Notice of Appearance for Jing Hong Cherng

PLEASE TAKE NOTICE that Jing Hong Cherng of Mount, Spelman & Fingerman, P.C., 333 West San Carlos Street, Suite 1650, San Jose, California 95110, Telephone (408) 279-7000, Facsimile (408) 998-1473, hereby enters an appearance on behalf of Defendant Planar Systems, Inc.

| | |
|---|---|
| March 24, 2015 | Respectfully submitted,<br><br>*/s/ Jing Hong Cherng*<br>Daniel S. Mount, Esq. (Cal. Bar No. 77517)<br>Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)<br>Jing Hong Cherng, Esq. (Cal. Bar No. 265017)<br>William H. Stewart, Esq. (Cal. Bar No. 287782)<br>Mount, Spelman & Fingerman, P.C.<br>RiverPark Tower, Suite 1650<br>333 West San Carlos Street<br>San Jose CA 95110-2740<br>Phone: (408) 279-7000<br>Fax: (408) 998-1473 |

dmount@mount.com
kspelman@mount.com;
gcherng@mount.com;
wstewart@mount.com

E. Glenn Thames, Jr.
Potter Minton, P.C.
110 North College, Suite 500
Tyler TX 75702
Phone: 903-597-8311
Fax: 903-593-0846
glennthames@potterminton.com

*Attorneys for Defendant*
*Planar Systems, Inc.*

## Certificate of Service

  The undersigned certifies that on the date this document is electronically filed, all counsel of record who have consented to electronic service are being served with a copy of this document via the court's ECF system pursuant to Local Rule CV-5(a)(3)(C).

Dated: March 24, 2015

        /s/ Jing Hong Cherng