# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>v.<br><br>SpaceCo Business Solutions, Inc. | Civil Action No. 6:14-cv-411 [LED-KNM]<br><br>CONSOLIDATED LEAD CASE |
| Mass Engineered Design, Inc.<br><br>v.<br><br>Planar Systems, Inc. | Civil Action No. 6:14-cv-414 [LED-KNM] |

**PLANAR SYSTEMS, INC.'S NOTICE OF SERVICE OF ADDITIONAL DISCLOSURES**

Defendant Planar Systems, Inc. hereby notifies the Court that on April 9, 2015 it served its Additional Disclosures pursuant to the proposed Discovery Order [Dkt. 56-1] in this case.

Dated: April 9, 2015          Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
Daniel S. Mount, Esq. (Cal. Bar No. 77517)
dmount@mount.com
Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
kspelman@mount.com
Jing Hong Cherng, Esq. (Cal. Bar No. 265017)
gcherng@mount.com
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
dfingerman@mount.com
William H. Stewart, Esq. (Cal. Bar No. 287782)
wstewart@mount.com
MOUNT, SPELMAN & FINGERMAN, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110-2740
Phone: (408) 279-7000
Fax: (408) 998-1473

E. Glenn Thames, Jr.
Texas State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 Telephone
(903) 593-0846 Telecopier

*Counsel for Planar Systems, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV- 5(a)(3) on April 9, 2015. All other counsel of record will be served by U.S. first-class mail on this same date.

                                                         */s/ E. Glenn Thames, Jr.*
                                                         E. Glenn Thames, Jr.