**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MASS ENGINEERED DESIGN, INC.,** § | |
| § | |
| Plaintiff, § | |
| § | Case No. 6:14-cv-411 |
| v. § | |
| § | Consolidated Lead Case |
| **SPACECO BUSINESS SOLUTIONS, INC.,** § | |
| § | |
| Defendant. § | |

### ORDER

The Court held a Case Management Conference on February 18, 2015. The Court has been waiting for the parties to submit an agreed proposed E-Discovery Order and Protective Order reflecting the parties' agreements and the Court's rulings at the Conference as well as an agreed Docket Control Order including mediator information. The Court **ORDERS** the parties to file these documents by **Monday, April 27, 2015**. Furthermore, the parties are directed to file, by the same date, an agreed proposed Discovery Order that includes any updates to the parties' prior proposed Discovery Order (Docket No. 56-1) as may be necessary to comport with these documents and the current status of this case.

**So ORDERED and SIGNED this 22nd day of April, 2015.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**