**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

**ORDER REASSIGNING PENDING CASES
OF JUDGE DAVIS**

In accordance with General Order 14-20 dated December 19, 2014, it is **ORDERED** that the following pending Tyler cases are hereby reassigned:

**Cases Reassigned to Judge Schneider:**

6:99-cv-459, N, et al. v. Hawkins, et al.

6:04-cv-292, Cartwright v. Pfizer Inc.

6:08-cv-348, Roberts v. Cerliano

6:08-cv-380, Fisher v. Director

6:09-cv-509, United States of America (IRS) v. Still, et al.

6:11-cv-214, Crain v. Director, TDCJ-CID

6:11-cv-256, Harman v. Astrue

6:11-cv-282, McCreary v. Director, TDCJ-CID

6:12-cv-670, Thibodeaux v. Hazelwood

6:12-cv-981, Bergin v. Morgan Bradford et al.

6:12-cv-1000, Flores v. Thaler

6:13-cv-312, Salinas v. Pierson et al.

6:13-cv-529, Caton v. Colvin

6:13-cv-562, Johnson v. Director, TDCJ-CID

6:13-cv-680, Hack v. Director, TDCJ-CID

6:13-cv-811, Zhang v. Monroe et al.

6:14-cv-60, Dotson v. Foxworth

6:14-cv-71, Jones v. Director, TDCJ-CID

6:14-cv-232, Robinson v. Director, TDCJ-CID

6:14-cv-280, Adams v. Director, TDCJ-CID

6:14-cv-506, Plater v. Director, TDCJ-CID

6:14-cv-594, Milligan v. CitiMortgage Inc. et al.

6:14-cv-781, Sims v. Director, TDCJ-CID


**Cases Reassigned to Judge Gilstrap:**

6:10-cv-11, Juxtacomm-Texas Software, LLC v. Axway, Inc. et al.

6:11-cv-201, Eidos Display, LLC et al. v. AU Optronics Corporation et al.

6:13-cv-507, Cellular Communications Equipment LLC v. HTC Corporation

6:13-cv-508, Cellular Communications Equipment LLC v. LG Electronics, Inc. et al.

6:13-cv-509, Cellular Communications Equipment LLC v. Pantech Co., Ltd. et al.

6:13-cv-511, Cellular Communications Equipment LLC v. ZTE Corporation et al.

6:13-cv-568, Cellular Communications Equipment LLC v. Amazon.com, Inc. et al.

6:13-cv-569, Cellular Communications Equipment LLC v. Dell Inc.

6:13-cv-872, NovelPoint Tracking LLC v. AgJunction LLC

6:14-cv-251, Cellular Communications Equipment LLC v. Apple Inc. et al.

6:14-cv-494, NovelPoint Tracking LLC v. Navico, Inc. d/b/a Lowrance


**Cases Reassigned to Judge Mazzant:**

5:07-cv-137, Becton Dickinson and Company et al. v. Retractable Technologies, Inc.

2:08-cv-16, Retractable Technologies, Inc. v. Becton Dickinson and Company


**Cases Reassigned to Judge Schroeder:**

6:08-cv-464, Saxon Innovations, LLC v. Gateway Companies, Inc.

6:09-cv-274, Soverain Software LLC v. J.C. Penney Corporation, Inc. et al.

6:09-cv-513, Broadcom Corporation et al. v. Commonwealth Scientific and Industrial Research Organisation

6:10-cv-28, Cross Match Technologies, Inc. v. Suprema, Inc. et al.

6:10-cv-523, SFA Systems, LLC v. Blockbuster Inc.

6:12-cv-143, Soverain Software LLC v. eBay, Inc. et al.

6:12-cv-462, Uniloc USA, Inc. et al. v. Distinctive Developments Ltd.

6:12-cv-899, Wireless Remote System LLC v. LibreStream Technologies, Inc.

6:13-cv-259, Uniloc USA, Inc. et al. v. Electronic Arts Inc.

6:13-cv-272, Wireless Remote System LLC v. AudiSoft Technologies

6:13-cv-580, Data Engine Technologies LLC v. SAP America Inc. et al.

6:13-cv-638, ACQIS LLC v. Alcatel-Lucent USA Inc. et al.

6:13-cv-858, Data Engine Technologies LLC v. International Business Machines Corp.

6:13-cv-859, Data Engine Technologies LLC v. International Business Machines Corp.

6:13-cv-860, Data Engine Technologies LLC v. International Business Machines Corp.

6:13-cv-942, Uniloc USA, Inc. et al. v. Corbis Corporation

6:13-cv-946, Uniloc USA, Inc. et al. v. SS SPV LLC

6:13-cv-949, Uniloc USA, Inc. et al. v. PhotoShelter, Inc.

6:13-cv-951, Uniloc USA, Inc. et al. v. VectorStock Media Limited

6:14-cv-411, Mass Engineered Design, Inc. v. Spaceco Business Solutions, Inc.

6:14-cv-414, Mass Engineered Design, Inc. v. Planar Systems, Inc.

**So ORDERED and SIGNED this 28th day of April, 2015.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

3