IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. | § § § | |
| vs. | § § § | CASE NO. 6:14CV411 LEAD CASE |
| SPACECO BUSINESS SOLUTIONS, INC. | § § § § | |
| MASS ENGINEERED DESIGN, INC. | § § § | CASE NO. 6:14CV414 |
| vs. | § § § | |
| PLANAR SYSTEMS, INC. | § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

Previously, the Court appointed Rich Egan as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. Egan's invoice for services through April 30, 2015 in the amount of $18,250.90 and hereby **ORDERS** payment to be promptly made to Mr. Egan at Egan, Peterman & Enders, LLP, 1101 S Capitol of Texas Hwy, Building C, Suite 200, Austin, Texas, 78746 as follows:

| | |
|---|---|
| Plaintiff: | $ 9,125.45 |
| Defendants: | $ 9,125.45 |
| Total: | $18,250.90 |

As there are two Defendants remaining in this matter, the Court further **ORDERS** Spaceco Business Solutions, Inc. to collect Planar Systems, Inc.'s portion of the payment and make a single collective payment to Mr. Egan in the amount of $9,125.45.

So ORDERED and SIGNED this 13th day of May, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE