# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:14-cv-00411** |
| **v.** | § | |
| | § | **CONSOLIDATED ACTION LEAD CASE** |
| **SPACECO BUSINESS SOLUTIONS, INC.,** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |
| | § | |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Having considered Plaintiff Mass Engineered Design, Inc.'s ("Plaintiff") Unopposed

Motion to Withdraw as Counsel, the Court is of the opinion that said motion should be

GRANTED.

IT IS, THEREFORE, ORDERED that Aarika K. McCloskey be allowed to withdraw and

is hereby withdrawn as attorney of record for Plaintiff in the above referenced matter and that

CM/ECF notices to Aarika K. McCloskey are hereby terminated.

So ORDERED and SIGNED this 13th day of May, 2015.

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE