**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.** | § § § | |
| | § | **CASE NO. 6:14CV411** |
| vs. | § | **LEAD CASE** |
| | § | |
| **SPACECO BUSINESS SOLUTIONS, INC.** | § § § | |
| | § | |
| **MASS ENGINEERED DESIGN, INC.** | § § § | **CASE NO. 6:14CV414** |
| vs. | § § | |
| **PLANAR SYSTEMS, INC.** | § § § § | |

## ORDER APPOINTING MEDIATOR

**IT IS ORDERED** that Hon. T. John Ward (Ret.), 1127 Judson Rd., Suite 220, Longview, TX 75601, (903) 757-6400, is hereby appointed as mediator in the above referenced case. The Court designates Plaintiff's counsel to be responsible for timely contacting Judge Ward and coordinating a time for mediation. Mediation shall be completed by **June 30, 2015**.

Mediation shall be governed by the Court-Annexed Mediation Plan, General Order 14-6. In particular, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives with authority to enter into stipulations, and any other required claims professionals (e.g., insurance adjusters, etc.) with reasonable settlement authority and with

sufficient stature in the organization to have direct access to those who make the ultimate decision about settlement. Exceptions to this requirement may be made only by the undersigned.

**May 19, 2015**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE