## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. | § § § | |
| | § | CASE NO. 6:14CV411 |
| vs. | § | LEAD CASE |
| | § | |
| SPACECO BUSINESS SOLUTIONS, INC. | § § § | |
| | § | |
| MASS ENGINEERED DESIGN, INC. | § § | CASE NO. 6:14CV414 |
| | § | |
| vs. | § § | |
| PLANAR SYSTEMS, INC. | § § § § | |

## ORDER

On April 27, 2015, the parties submitted a proposed Agreed Docket Control Order (doc. no. 91). The following day, the case was reassigned to Judge Robert W. Schroeder, III, and then referred to Judge K. Nicole Mitchell for all pretrial matters. As a result, it is

**ORDERED** that the parties shall re-submit a proposed Docket Control Order incorporating the following schedule:

| | |
|---|---|
| **Pre-Trial Conference** | April 14, 2016 at 9:00 a.m. before Judge K. Nicole Mitchell, United States District Court, 211 W. Ferguson St., Rm. 353, Tyler, Texas; |

| | |
|---|---|
| **Jury Selection** | May 16, 2016 at 9:00 a.m. before Judge Robert W. Schroeder, III, United States District Court, 211 W. Ferguson St., 3rd Floor, Tyler, Texas; and |
| **Jury Trial** | May 23, 2016 at 9:00 a.m. before Judge Robert W. Schroeder, III, United States District Court, 211 W. Ferguson St., 3rd Floor, Tyler, Texas. |

**May 19, 2015**

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE