IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

<u>   Tyler   </u> <u>     </u> DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 6:14CV411 |
| SPACECO BUSINESS SOLUTIONS, INC. and PLANAR SYSTEMS, INC. | § | |

### MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on <u>05/21/2015</u>.

The conference resulted in <u>impasse</u> (settlement, impasse or will be continued). All parties and counsel were/were not present. (List those persons who were not present).

Note from the Mediator (if any):
Even though an impasse was reached, there was an expression of some interest. Mediator has agreed to be available by phone or otherwise if requested by the parties.

SIGNED this <u>26</u> day of <u>May</u>, <u>2015</u>.

*T. John Ward*
Assigned Mediator