IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC. | § § | |
| vs. | § § | CIVIL ACTION NO. 6:14-CV-411 |
| SPACECO BUSINESS SOLUTIONS, INC., *et al*. | § § § § | |

# ORDER

On November 3, 2014, Defendant SpaceCo Business Solutions, Inc. filed a Motion to Stay Proceedings Pending Inter Partes Review (ECF 21). On May 26, 2015, Plaintiff filed a Notice of Denial of SpaceCo's Inter Partes Review (ECF 106). Plaintiff asserts that the Patent Trial and Appeal Board denied SpaceCo's petitions for inter partes review of the '978 and '103 Patents on May 14, 2015. As a result, Plaintiff submits that the motion to stay is moot and lacking a factual predicate. SpaceCo did not file a response. It is therefore

**ORDERED** that the Motion to Stay Proceedings Pending Inter Partes Review (ECF 21) is **DENIED** as moot.

So ORDERED and SIGNED this 23rd day of June, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE