United States District Court
Eastern District of Texas
Tyler Division

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>    Plaintiff<br><br>v.<br><br>Planar Systems, Inc.<br><br>    Defendant | Civil Action No. 6:14-cv-00414-RWS |

### Joint Motion to Continue Briefing Deadlines

Plaintiff Mass Engineered Design, Inc., and Defendant Planar Systems, Inc. jointly move the Court for a continuance of the briefing deadlines for Mass' pending motion to compel against Planar. The parties respectfully request that:

1.    the Court continue Planar's deadline to oppose the motion to compel from June 29, 2015 to July 6, 2015, and continue Mass' reply and Planar's sur-reply deadlines according to Local Rule CV-7(f); and

2.    the Court shall retain jurisdiction and venue over Planar and this case until Mass' pending motion to compel is resolved.

A proposed order is submitted herewith.

Date: June 29, 2015

                                        /s/ Jing Hong Cherng
                            Daniel S. Mount, Esq. (Cal. Bar No. 77517)
                            Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
                            Jing Hong Cherng, Esq. (Cal. Bar No. 265017)
                            William H. Stewart, Esq. (Cal. Bar No. 287782)
                            Mount, Spelman & Fingerman, P.C.
                            RiverPark Tower, Suite 1650
                            333 West San Carlos Street
                            San Jose CA 95110-2740
                            Phone: (408) 279-7000
                            Fax: (408) 998-1473

Email: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com

Counsel for Planar Systems, Inc.

/s/ Stephen F. Schlather
Stephen F. Schlather – Lead Counsel
Texas Bar No. 24007993
John J. Edmonds
Texas Bar No. 789758
Shea Palavan
Texas Bar No. 24083616
COLLINS, EDMONDS, POGORZELSKI,
SCHLATHER & TOWER, PLLC
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
sschlather@cepiplaw.com
jedmonds@cepiplaw.com
spalavan@cepiplaw.com

Counsel for Mass Engineered Designs, Inc.

**Certificate of Service**

The undersigned certifies that on the date this document is electronically filed, all counsel of record who have consented to electronic service are being served with a copy of this document via the court's ECF system pursuant to Local Rule CV-5(a)(3)(C).

Dated: June 29, 2015

/s/Jing Hong Cherng