United States District Court
Eastern District of Texas
Tyler Division

6:14CV411
CONSOLIDATED WITH
Civil Action No. 6:14-cv-00414-RWS

Mass Engineered Design, Inc.

    Plaintiff

v.

Planar Systems, Inc.

    Defendant

### Order Granting Joint Motion to Continue Briefing Deadlines

Now before the Court is the Parties' Joint Motion to Continue Briefing Deadlines. The joint motion is GRANTED. The Court orders:

1.    Planar's deadline to oppose Mass' pending motion to compel is continued from June 29, 2015 to July 6, 2015. Mass' reply and Planar's sur-reply deadlines shall be continued according to Local Rule CV-7(f).

2.    This Court shall retain jurisdiction and venue over Planar and this case until Mass' pending motion to compel is resolved.

So ORDERED and SIGNED this 30th day of June, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE