IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 6:14-cv-00411-LED |
| v. | § § | LEAD CASE |
| SPACECO BUSINESS SOLUTIONS, INC., | § § | |
| Defendant. | § § | |
| v. | § § | Civil Action No. 6:14-cv-00414-LED |
| PLANAR SYSTEMS, INC., | § § | |
| Defendant. | § | |

**ORDER**

The Court, having considered the briefs and the arguments of counsel, finds that Plaintiff's Unopposed Motion for Extension of Time should be and hereby is **GRANTED.**

Plaintiff shall have until and including July 24, 2015 to file its reply in support of its Motion to Compel Production Of Documents And Things And Request For Amendment Of The Court's Transfer Order at Dkt. No. 108.

So ORDERED and SIGNED this 20th day of July, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE