IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., | § § § | |
| Plaintiff, | § § | Civil Action No. 6:14-cv-00411- |
| v. | § § | **LEAD CASE** |
| SPACECO BUSINESS SOLUTIONS, INC., | § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |
| v. | § § § | |
| PLANAR SYSTEMS, INC., | § § | Civil Action No. 6:14-cv-00414- |
| Defendants. | § § | |

## ORDER

The Court has considered Plaintiff's Notice of Withdrawal of Plaintiff's Motion to Compel.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion To Compel Production Of Documents And Things And Request For Amendment Of The Court's Transfer Order [ECF No. 108] is hereby withdrawn without prejudice.

So ORDERED and SIGNED this 22nd day of July, 2015.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE