**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.** | § § § | |
| | § | **CASE NO. 6:14CV411** |
| **vs.** | § | **LEAD CASE** |
| | § | |
| **SPACECO BUSINESS SOLUTIONS,** | § | |
| **INC.,** *et al.* | § | |
| | § | |
| | § | |

**ORDER**

On May 19, 2015, the Court ordered the parties to re-submit their proposed Docket

Control Order incorporating the following schedule (ECF 105):[1]

| | |
|---|---|
| **Pre-Trial Conference** | **April 14, 2016 at 9:00 a.m. before Judge K. Nicole Mitchell, United States District Court, 211 W. Ferguson St., Rm. 353, Tyler, Texas;** |
| **Jury Selection** | **May 16, 2016 at 9:00 a.m. before Judge Robert W. Schroeder, III, United States District Court, 211 W. Ferguson St., 3rd Floor, Tyler, Texas; and** |
| **Jury Trial** | **May 23, 2016 at 9:00 a.m. before Judge Robert W. Schroeder, III, United States District Court, 211 W. Ferguson St., 3rd Floor, Tyler, Texas.** |

To date, the parties have not complied with the Court's order and have not re-submitted the

proposed Docket Control Order.  It is hereby

---

[1] A proposed Docket Control Order was submitted by the parties on April 27, 2015, prior to re-assignment of the case to Judge Schroeder.

**ORDERED** that the parties shall re-submit the proposed Docket Control Order with the above dates no later than **August 7, 2015**.

**Aug 3, 2015**

_____

K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE