IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MASS ENGINEERED DESIGN, INC., § § Plaintiff, § § v. § SPACECO BUSINESS SOLUTIONS, INC., § § Defendant. § § | | Civil Action No. 6:14-cv-00411-LED LEAD CASE |
| v. § § PLANAR SYSTEMS, INC., § § Defendant. § | | Civil Action No. 6:14-cv-00414-LED |

**ADDITIONAL ATTACHMENTS TO**
**PLAINTIFF'S MOTION TO STRIKE IMPROPER PRIOR ART ARGUMENTS AND REFERENCES, AND SECTION 112 ARGUMENTS IN THE REPORT OF DEFENDANT PLANAR'S EXPERT MADE IN VIOLATION OF P.R. 3-3 AND IN VIOLATION OF THE COURT'S GENERAL ORDER LIMITING FINAL PRIOR ART**