

| Claim 16 | Ergotron DS-100 Product |
|---|---|
| The system of claim 1, | |
| wherein the thickness of the support arm is less than the distance between adjacent connectors. | The thickness of the support arm of the DS-100 is less than the distance between adjacent connectors. |

HUM043358

M250006

| Claim 17 | Ergotron DS-100 Product |
|---|---|
| The system of claim 9, | |
| wherein the thickness of the support arm is less than the distance between adjacent connectors. | The thickness of the support arm of the DS-100 is less than the distance between adjacent connectors. |

HUM043359

M250007



| Claim 18 | Ergotron DS-100 Product |
|---|---|
| The system of claim 9, | |
| wherein the front of the support arm on one side of the support column has a radius of curvature in the range of 24-36 inches, | The front of the support arm on one side of the support column has a radius of curvature in the range of 24-36 inches, |

HUM043360

M250008

In addition, configuring the support arm so the front of the support arm on one side of the support column has a radius of curvature in the range of 24-36 inches would have been a mere design choice that would have been obvious according to known methods to yield predictable results.  For example, it would have been obvious to modified the DS-100 in view of one or more of one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent and the Ergotron Design Station to configure the front of the support arm on one side of the support column to have a radius of curvature in the range of 24-36 inches.  As one particular example, the display panels of the '337 patent are disclosed as being arranged between approximately 18 inches and approximately 24 inches from an eye point of a user.  This range overlaps with the claimed range.

| | |
|---|---|
| and the front of the support arm of the other side of the support column has a radius of curvature in the range of 24-36 inches. | The front of the support arm on the other side of the support column has a radius of curvature in the range of 24-36 inches, |

HUM043361

M250009



In addition, configuring the support arm so the front of the support arm on the other side of the support column has a radius of curvature in the range of 24-36 inches would have been a mere design choice that would have been obvious according to known methods to yield predictable results.  For example, it would have been obvious to modified the DS-100 in view of one or more of one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent and the Ergotron Design Station to configure the front of the support arm on the other side of the support column to have a radius of curvature in the range of 24-36 inches.  As one particular example, the display panels of the '337 patent are disclosed as being arranged between approximately 18 inches and approximately 24 inches from an eye point of a user.  This range overlaps with the claimed range.

## II.     US 5,904,328

| Claim 1 | US 5,904,328 (hereinafter "the '328 patent") |
|---|---|
| A display system comprising: | The '328 patent discloses a display system.  See, for example, computer monitor apparatus 10. |

HUM043362

M250010

Fig. I

| | The computer monitor apparatus 10 of the '328 patent has a base. See, for example, base 16 (FIGS. 1, 2, 4). |
|---|---|
| a base; | |

Fig. I

| a support column connected to the base and having a mounting portion extending in a vertical direction away from the base when | The computer monitor apparatus 10 of the '328 patent has a support column connected to the base 16.  See, for example, |

HUM043363

M250011

| the base is disposed on a horizontal surface; | upright stand 18 (FIGS. 1-4). |
|---|---|
| |  |
| | To the extent Mass's Infringement Contentions are discernible, the feature apparently alleged to be a mounting portion is a portion of a support column to which the support arm mounts. The upright stand 18 of the '328 patent has a portion to which a support arm mounts.  See, for example, support block 48 and window 70 (FIGS. 2, 4, 5, 6).  The mounting portion extends in a vertical direction away from the base when the base is disposed on a horizontal surface. |
| |  |

HUM043364

M250012

| | |
|---|---|
| a support arm structure secured to the support column, the support arm structure having a single piece support arm that extends on either side of the support column and that has a longitudinal length that is longer than the width of the base; and | The '328 patent has a support arm structure secured to the support column.  See, for example, cantilevered arms 20, 22 and support block 46 (FIGS. 1-4).<br><br><br><br>To the extent Mass's Infringement Contentions are discernible, the feature apparently alleged to be a single piece support arm that extends on either side of the support column is a multi-piece arm having hinges connecting the different pieces of the support arm.  The cantilevered arms 20, 22 of the '328 patent extend on either side of the support column and are connected by hinges.  See, for example, hinge portion 104 of pivotable coupling 100 (FIGS. 2 and 3).  The cantilevered arms 20, 22 extend on either side of the support column and have a longitudinal length that is longer than the width of the base. |

HUM043365

M250013



To the extent the cantilevered arms 20, 22 of the '328 patent are not a single piece support arm, such a feature would have been obvious to a person of ordinary skill as merely making integral what was previously separate pieces.

In addition, to the extent the cantilevered arms 20, 22 of the '328 patent do not have a longitudinal length that is longer than the width of the base 16 such a feature would have been obvious to a person of ordinary skill in the art.  For example, it would have been obvious to have resized the cantilevered arms and/or the base as a simple changing of dimensions without changing functionality.

**Secondary Reference**

**US 5,687,939 (hereinafter "the '939 patent")**

The '939 patent discloses a display system having a base, a pair of electronic displays, and an arm assembly that supports the displays.  The arm assembly includes an arm that extends on either side of a support column and that has a longitudinal length

HUM043366

M250014

| | |
|---|---|
| | that is longer than the width of the base<br><br><br>FIG. 4 |
| at least two connectors for connecting display housing portions at the backs of at least two displays to the support arm, such that at least a part of the support column is disposed behind the at least two displays, | The computer monitor apparatus 10 of the '328 patent has at least two connectors for connecting display housing portions at the backs of at least two displays to the support arm, such that at least a part of the support column is disposed behind the at least two displays.  See, for example, clutch hinges 130 attached to a mounting bracket 134 and formed the backbone of computer monitors 12, 14 (col. 4, ll. 47-65; FIGS. 1-3).<br><br> |

HUM043367

M250015

wherein: the support arm is a) bowed at the front of the support arm so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays,

The cantilevered arms 20, 22 of the '328 patent are bowed at the front so that in use the arms tends to wrap around a user positioned in front of and viewing the displays.





*Fig. 5*

To the extent the cantilevered arms 20, 22 are not bowed, the arms at least face a user. It would have been obvious for a person of ordinary skill in the art to have modified the arms of the '328 patent such that the arms are bowed at the front so that in use the arms tends to wrap around a user positioned in front of and viewing the displays. Such a modification would have been a mere design choice that would have been obvious according to

HUM043368

M250016

known methods to yield predictable results. For example, it would have been obvious to have modified the arms of '328 patent in view of one or more of the following secondary references to configure the arms so that they are bowed at the front of the arms and so that in use the arms tends to wrap around a user positioned in front of and viewing the displays:

**Secondary References**

**(1) The '337 patent**

The '337 patent relates to a multi-panel video display system having a plurality of displays that are arranged so the display panels are substantially equidistant from an eye point of a user. The patent discloses a display arrangement that is bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays. For example, the display panels are disclosed as being arranged between approximately 18 inches and approximately 24 inches from an eye point of a user. (column 2, lines 30-60).



FIG. 3B

HUM043369

M250017

FIG. 10

### (2) The '328 publication

The '328 publication describes a multi-screen display system that includes a plurality of display screens that are concave in shape about a user. (Abstract). The publication discloses a display arrangement that is bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.



HUM043370

M250018

**(3)  The '890 patent**

The '890 patent discloses a two-dimensional image display device that includes a curved display system wrapping about a user.  The patent discloses that the display system is bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.



FIG. 3A

**(4)  The '153 patent**

The '153 patent discloses a multi-display apparatus that arranges display devices across a concave surface both in a horizontal visibility angle direction and a vertical visibility angle direction. The patent discloses that the display devices are bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.

HUM043371

M250019



### (5) The Ergotron Design Station

The Ergotron Design Station discloses a display system that has a support arm assembly that is bowed at the front of the support arm assembly so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays.

HUM043372

M250020



| | |
|---|---|
| b) adapted to support all of the weight of the at least two displays when the display housing portions at the backs of the at least two displays are connected to the support arm, and c) substantially horizontal in use, | The cantilevered arms 20, 22 of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, and the Ergotron Design Station are adapted to support all of the weight of the at least two displays when the display housing portions at the backs of the at least two displays are connected to the support arm, and substantially horizontal in use. |

HUM043373

M250021



| | |
|---|---|
| the support arm structure further comprising a mounting member with a hole and at least one aperture, | The support arm structure of the '328 patent further includes a mounting member with a hole and at least one aperture.  See, for example, support block 46. |

*Fig. 1*

*Fig. 5*

In addition, to the extent Mass's Infringement Contentions are discernible, the feature apparently alleged to be a mounting member with a hole and at least one aperture is a clamp that goes over a pole and has an opening for a tightening screw.  To the

- 72 -

HUM043374

M250022

extent the computer monitor apparatus 10 of the '328 patent does not have a support arm that includes a mounting member with a hole and at least one aperture, such a feature would have been obvious to a person of ordinary skill in the art.  For example, it would have been obvious to have modified the computer monitor apparatus 10 of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, and the '939 patent to include a clamp that goes over a pole (*upright stand 18*) and an opening for a tightening screw.

**<u>Secondary Reference</u>**

**The '017 patent**

The '017 patent describes a display system having a foundational unit.  With respect to FIG. 1, the reference describes the foundational unit 1 comprised of a base 2 and column 3.  A supporting collar 16 can slip over the column 3 and is mounted to the column by means of a screw.

HUM043375

M250023



Fig. 1

| | |
|---|---|
| such that the support arm structure, and the single piece support arm thereof, is secured to the support column through the mounting member by an acceptance of the mounting portion of the support column into the hole and | The support arm structure '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, the '939 patent, and the '017 patent further includes a mounting member with a hole and at least one aperture (*support block 46; a clamp that goes over a pole and has an opening for a tightening screw*) such that the support arm structure, and single piece support arm thereof, is secured to the support column through the mounting member by an acceptance of the mounting portion of the support column into the hole. For example, |

HUM043376

M250024

Fig. 5

Fig. 1

| | |
|---|---|
| by at least one external fastening element that engages with the at least one aperture. | The support arm structure of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, the '939 patent, and the '017 patent further includes a mounting member with a hole and at least one aperture (*support block 46; a clamp that goes over a pole and has an opening for a tightening screw*) |

HUM043377

M250025

such that the support arm structure, and single piece support arm thereof, is secured to the support column through the mounting member by an acceptance of the mounting portion of the support column into the hole and by at least one external fastening element that engages with the at least one aperture.  For example,

Fig. 5

Fig. 1

| Claim 2 | |
|---|---|
| The display system of claim 1, | |

HUM043378

M250026

| further comprising the at least two displays. | The computer monitor apparatus of the '328 patent comprises at least two displays.  See, for example, monitors 12, 14. |
|---|---|
| | |

Fig. 1

| Claim 3 | The '328 Patent |
|---|---|
| The display system of claim 1, | |
| wherein the base is adapted to rest on a flat and horizontal work surface. | The base 16 of the '328 patent is adapted to rest on a flat and horizontal work surface. |

HUM043379

M250027

Fig. I

| Claim 4 | The '328 Patent |
|---|---|
| The display system of claim 3, | |
| wherein at least two of the connectors permit two of the displays to angle independently. | At least two of the connectors (*clutch hinges 130*) on the computer monitor apparatus 10 of the '328 patent permit two of the displays to angle independently.  See, for example, col. 4, ll. 46-65 (describing that the hinges are "pivotable about a horizontal pivot axis). |

HUM043380

M250028



To the extent the clutch hinges 130 do not permit two displays of computer monitor apparatus 10 to angle independently, such a feature would have been obvious to a person of ordinary skill in the art.  For example, it would have been obvious to have modified to clutch hinges 130 to angle independently as a matter of simple substitution of one known element for another known element to yield predictable results.

**Secondary Reference**

**US5,842,672 (hereinafter "the '672 patent")**

The '672 patent describes a mounting system for a flat panel display.  The disclosed system provides a multi-jointed and pivoted support system for a flat panel video display.  See, for example, three axis pivot 30 (FIGS. 1-6, 22, and 27-29).

- 79 -

HUM043381

M250029

FIG. 6

| Claim 5 | The '328 Patent |
|---|---|
| The display system of claim 1, | |
| wherein the support arm is bowed at the front oldie arm, | The support arm of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, the '939 patent, and the '017 patent is bowed at the front of the arm. |

HUM043382

M250030



Fig. 5

FIG. 3B

HUM043383

M250031



FIG. 10

HUM043384

M250032



FIG. 3A

HUM043385

M250033

| | |
|---|---|
| the support arm having a radius of curvature in the range of 24-36 inches. | The cantilevered arms 20, 22 of the '328 patent (support arm) has a radius of curvature in the range of 24-36 inches. |

HUM043386

M250034

*Fig. 5*

In addition, configuring the cantilevered arms 20, 22 (support arm) of the '328 patent to have a radius of curvature in the range of 24-36 inches would have been a mere design choice that would have been obvious according to known methods to yield predictable results. For example, it would have been obvious to modified the cantilevered arms of the '328 patent in view of one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, the '939 patent, and the '017 patent to yield a radius of curvature in the range of 24-36 inches. In particular, the display panels of the '337 patent are disclosed as being arranged between approximately 18 inches and approximately 24 inches from an eye point of a user. This range overlaps with the claimed range.

| Claim 6 | The '328 Patent |
|---|---|
| The display system of claim 4, | |
| wherein the support arm includes a channel within which cables for the displays can be disposed. | The cantilevered arms 20, 22 of the '328 patent include a channel within which cables for the displays can be disposed. |

HUM043387

M250035



To the extent the '328 patent does not include a support channel within which cables for the displays can be disposed, such a feature would have been obvious to a person of ordinary skill in the art.

For example, it would have been obvious to have modified the support arm in the '328 patent to include a channel within which cables for the displays can be disposed.

**<u>Secondary References</u>**

**(1)  The '134 patent**

The '134 patent relates to an arm apparatus for mounting electronic device and includes a support arm having a channel within which cables for displays can be disposed.

HUM043388

M250036

FIG. 9

### (2) The '484 patent

The '484 patent describes a cable routing duct and discloses that use of a cable routing duct provides for orderly branching and routing of wires, cables and the like. The patent discloses a support arm-style structure that includes a channel within which cables can be disposed.

| Claim 7 | The '328 Patent |
|---|---|
| The display system of claim 1, | |
| wherein the at least two connectors includes three connectors and the at least two displays includes three displays, | It would have been obvious to a person of ordinary skill in the art to have modified the computer monitor apparatus 10 of the '328 |

HUM043389

M250037

| | |
|---|---|
| | patent so the at least two connectors include three connectors and the at least two displays includes three displays. Such a modification would have been obvious as a mere duplication of parts using known techniques to yield predictable results. For example it would have been obvious to have modified the '328 patent in view of one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, and the '153 patent, which disclose display systems with three or more monitors and three or more connectors. |
| the display system comprising the three displays. | It would have been obvious to a person of ordinary skill in the art to have modified the computer monitor apparatus 10 of the '328 so the display system comprises three displays. Such a modification would have been obvious as a mere duplication of parts using known techniques to yield predictable results. For example it would have been obvious to have modified the '328 patent in view of one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, and the '153 patent, which disclose display systems with three or more monitors. |

| Claim 8 | The '328 Patent |
|---|---|
| The display system of claim 1, | |
| wherein the support arm is rigid. | The cantilevered arms 20, 22 of the '328 patent (support arm) are rigid. |

| Claim 9 | The '328 Patent |
|---|---|
| A display system comprising: | The '328 patent discloses a display system. See, for example, computer monitor apparatus 10. |

- 88 -

HUM043390

M250038

Fig. 1

| a base for resting on a surface; | The computer monitor apparatus 10 of the '328 patent has a base for resting on a surface.  See, for example, base 16 (FIGS. 1, 2, 4). |
| --- | --- |
| | Fig. 1 |
| a support column attached to the base and | The computer monitor apparatus 10 of the '328 patent has a |

- 89 -

HUM043391

M250039

| | |
|---|---|
| | support column connected to the base 16.  See, for example, upright stand 18 (FIGS. 1-4).<br><br> |
| having a mounting portion extending in a vertical direction away from the base when the surface is horizontal; | To the extent Mass's Infringement Contentions are discernible, the feature apparently alleged to be a mounting portion is a portion of a support column to which the support arm mounts.  The upright stand 18 of the '328 patent has a portion to which a support arm mounts.  See, for example, support block 48 and window 70 (FIGS. 2, 4, 5, 6).  The mounting portion extends in a vertical direction away from the base when the base is disposed on a horizontal surface. |

HUM043392

M250040



| | |
|---|---|
| a support arm structure secured to the support column, the support arm structure having a support arm that extends on either side of the column, that is substantially horizontal when the base is resting on a horizontal surface and that has a longitudinal length that is longer than the width of the base; | The '328 patent has a support arm structure secured to the support column.  See, for example, cantilevered arms 20, 22 and support block 46 (FIGS. 1-4). |



To the extent Mass's Infringement Contentions are discernible, the feature apparently alleged to be a support arm that extends on either side of the support column is a multi-piece having hinges connecting the different pieces of the support arm.  The cantilevered arms 20, 22 of the '328 patent extend on either side

HUM043393

M250041

of the support column, that is substantially horizontal when the base is resting on a horizontal surface, and are connected by hinges. See, for example, hinge portion 104 of pivotable coupling 100 (FIGS. 2 and 3). The cantilevered arms 20, 22 extend on either side of the support column and have a longitudinal length that is longer than the width of the base.



To the extent the cantilevered arms 20, 22 of the '328 patent do not have a longitudinal length that is longer than the width of the base 16 such a feature would have been obvious to a person of ordinary skill in the art. For example, it would have been obvious to have resized the cantilevered arms and/or the base as a simple changing of dimensions without changing functionality.

## Secondary Reference

### The '939 patent

The '939 patent discloses a display system having a base, a pair of electronic displays, and an arm assembly that supports the displays. The arm assembly includes an arm that extends on

HUM043394

M250042

| | |
|---|---|
| | either side of a support column and that has a longitudinal length that is longer than the width of the base<br><br> |
| at least two connectors for connecting display housing portions at the backs of at least two displays to the support arm, such that at least a part of the support column is disposed behind the at least two displays, | The computer monitor apparatus 10 of the '328 patent has at least two connectors for connecting display housing portions at the backs of at least two displays to the support arm, such that a part of the support column is disposed behind the at least two displays.  See, for example, clutch hinges 130 attached to a mounting bracket 134 and formed the backbone of computer monitors 12, 14 (col. 4, ll. 47-65; FIGS. 1-3).<br><br> |

- 93 -

HUM043395

M250043

wherein: i) the front of the support arm on one side of the support column is bowed, and the front of the support arm on the other side of the support column is bowed so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays,

The front of the cantilevered arms 20, 22 of the '328 patent on one side of the support column is bowed, and the front of support arm on the other side of the support column is bowed so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays,



Fig. 5

To the extent the '328 patent does not have a front of the support arm on one side of the support column that is bowed, and the front of the support arm on the other side of the support column that is bowed so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays, the '328

- 94 -

HUM043396

M250044

| | |
|---|---|
| | patent at least has a straight support arm facing a user.  It would have been obvious for a person of ordinary skill in the art to have modified the support arm of the '328 patent such that the front of the support arm on one side of the support column is bowed, and the front of the support arm on the other side of the support column is bowed so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays.  Such a modification would have been a mere design choice that would have been obvious according to known methods to yield predictable results.  For example, it would have been obvious to have modified the '328 patent in view of one or more of the following secondary references to have the front of the support arm on one side of the support column bowed, and the front of the support arm on the other side of the support column bowed so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays:<br><br>**Secondary References**<br><br>**(1) The '337 patent**<br><br>The '337 patent relates to a multi-panel video display system having a plurality of displays that are arranged so the display panels are substantially equidistant from an eye point of a user.  The patent discloses a display arrangement that is bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.  For example, the display panels are disclosed as being arranged between approximately 18 inches and approximately 24 inches from an eye point of a user.  (column 2, lines 30-60). |

HUM043397

M250045



FIG. 3B

FIG. 10

**(2) The '328 publication**

The '328 publication describes a multi-screen display system that includes a plurality of display screens that are concave in shape about a user. (Abstract).  The publication discloses a display arrangement that is bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.

HUM043398

M250046



**(3)  The '890 patent**

The '890 patent discloses a two-dimensional image display device that includes a curved display system wrapping about a user.  The patent discloses that the display system is bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.

HUM043399

M250047



FIG. 3A

**(4) The '153 patent**

The '153 patent discloses a multi-display apparatus that arranges display devices across a concave surface both in a horizontal visibility angle direction and a vertical visibility angle direction. The patent discloses that the display devices are bowed at the front so that in use the displays tend to wrap around a user positioned in front of and viewing the displays.



- 98 -

HUM043400

M250048



### (5) The Ergotron Design Station

The Ergotron Design Station discloses a display system that has a support arm assembly that is bowed at the front of the support arm assembly so that in use the support arm tends to wrap around a user positioned in front of and viewing the displays.

HUM043401

M250049



| | |
|---|---|
| and ii) the support arm is adapted to support most of the weight of the at least two displays when the display housing portions at the backs of the at least two displays are connected to the support arm, | The cantilevered arms 20, 22 of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, and the Ergotron Design Station are adapted to support most of the weight of the at least two displays when the display housing portions at the backs of the at least two displays are connected to the support arm. |

HUM043402

M250050



| the support arm structure further comprising a mounting member with a hole and at least one aperture, | The support arm structure of the '328 patent further includes a mounting member with a hole and at least one aperture.  See, for example, support block 46. |

*Fig. 5*

In addition, to the extent Mass's Infringement Contentions are discernible, the feature apparently alleged to be a mounting member with a hole and at least one aperture is a clamp that goes over a pole and has an opening for a tightening screw.  To the

- 101 -

HUM043403

M250051

| | extent the computer monitor apparatus 10 of the '328 patent does not have a support arm that includes a mounting member with a hole and at least one aperture, such a feature would have been obvious to a person of ordinary skill in the art.  For example, it would have been obvious to have modified the computer monitor apparatus 10 of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, and the '939 patent to include a clamp that goes over a pole (*upright stand 18*) and an opening for a tightening screw. |
|---|---|
| | **Secondary Reference** |
| | **The '017 patent** |
| | The '017 patent describes a display system having a foundational unit.  With respect to FIG. 1, the reference describes the foundational unit 1 comprised of a base 2 and column 3.  A supporting collar 16 can slip over the column 3 and is mounted to the column by means of a screw. |

- 102 -

HUM043404

M250052



Fig. 1

| such that the support arm is secured to the support column through the mounting member by an acceptance of the mounting portion of the support column into the hole and | The support arm structure '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, the '939 patent, and the '017 patent further includes a mounting member with a hole and at least one aperture (*support block 46; a clamp that goes over a pole and has an opening for a tightening screw*) such that the support arm structure is secured to the support column through the mounting member by an acceptance of the mounting portion of the support column into the hole.  For example, |

HUM043405

M250053

Fig. 5

Fig. 1

| by at least one external fastening element that engages with the at least one aperture. | The support arm structure of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, the Ergotron Design Station, the '939 patent, and the '017 patent further includes a mounting member with a hole and at least one aperture (*support block 46; a clamp that goes over a pole and has an opening for a tightening screw*) |

- 104 -

HUM043406

M250054

such that the support arm structure is secured to the support column through the mounting member by an acceptance of the mounting portion of the support column into the hole and by at least one external fastening element that engages with the at least one aperture.  For example,

Fig. 5

Fig. 1

| Claim 10 | The '328 Patent |
|---|---|
| The display system of claim 9, | |
| wherein the support arm supports all of the weight of the displays | The cantilevered arms 20, 22 of the '328 patent, either taken |

- 105 -

HUM043407

M250055

| when the displays are connected to the support arm. | alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent, and the Ergotron Design Station are adapted to all of the weight of the displays when the displays are connected to the support arm. |
| --- | --- |
| | <br>Fig. I |

| Claim 11 | The '328 Patent |
| --- | --- |
| The display system of claim 10, | |
| wherein the support arm has a plane asymmetry perpendicular to the arm, | The cantilevered arms of the '328 patent have a plane of symmetry perpendicular to the arm. |

HUM043408

M250056

Fig. I

| | |
|---|---|
| said plane being vertical when the base is resting on a horizontal surface. | The plane of symmetry of the '328 patent is vertical when the base is resting on a horizontal surface. |

| Claim 12 | The '328 Patent |
|---|---|
| The display system of claim 10, | |
| wherein the bowed part of the support arm describes a smooth curve. | The support arm of the '328 patent, either taken alone or in combination with one or more secondary references as set forth above, such as the '337 patent, the '328 publication, the '890 patent, the '153 patent and the Ergotron Design Station, is configured so the bowed part of the support arm describes a smooth curve. |

HUM043409

M250057



*Fig. 5*

**FIG. 3B**

HUM043410

M250058



FIG. 10

HUM043411

M250059



FIG. 3A

HUM043412

M250060