# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>SPACECO BUSINESS SOLUTIONS, INC.<br><br>    Defendant | C. A. No.: 6:14-cv-00411-LED<br><br>JURY TRIAL DEMANDED |

## ORDER ON UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant, Spaceco Business Solutions, Inc. filed its Unopposed Motion to Withdraw as Counsel.  The Court, being well-advised, finds that the Motion should be and is hereby GRANTED.  It is therefore

ORDERED that Todd Y. Brandt be withdrawn as counsel of record for Defendant, Spaceco Business Solutions, Inc.  It is further

ORDERED that Todd Y. Brandt be removed from the CM/ECF notification system for this action.

SO ORDERED.