# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| Mass Engineered Design, Inc.<br><br>v.<br><br>SpaceCo Business Solutions, Inc. | Civil Action No. 6:14-cv-411 [LED-KNM]<br><br>CONSOLIDATED LEAD CASE |
| Mass Engineered Design, Inc.<br><br>v.<br><br>Planar Systems, Inc. | Civil Action No. 6:14-cv-414 [LED-KNM] |

## **PLANAR SYSTEMS, INC.'S NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant Planar Systems, Inc. files this Notice of Designation of Lead Counsel and hereby notifies the Court and parties that Andrew T. Oliver of Amin, Turocy & Watson LLP is hereby designated as Lead Counsel for it in this case.

Dated: October 9, 2015         Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
Andrew T. Oliver
AMIN, TUROCY & WATSON LLP
160 W. Santa Clara Street
Suite 975
San Jose, CA 95113
Tel: (650) 618-6477
Email: aoliver@ATWiplaw.com

Jenny Chen
CHEN IP LAW GROUP
7F, No. 1, Alley 30, Lane 358, Ruelguang Road
Neihu District, Taipei, Taiwan 114
Phone: +866.2.7721.8855
Fax: +886.2.7721.8822
Jenny.Chen@ChenIPLaw.com

E. Glenn Thames, Jr.
Texas State Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 Telephone
(903) 593-0846 Telecopier

*Counsel for Planar Systems, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a) on October 9, 2015.  All other counsel will be served by U.S. first-class mail.

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.

{A35/08936/0002/W1344297.1 }