IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> SPACECO BUSINESS SOLUTIONS, INC. § <br> § <br> Defendant. § | Civil Action No. 6:14-cv-00411 <br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S MOTION PRACTICE ORDER

In compliance with the Court's Docket Control Order (Dkt. No. 125), Plaintiff Mass Engineered Design, Inc. files this Notice of its letter to the Court requesting that the Court deny Defendant SpaceCo Business Solutions, Inc. permission to file a motion to exclude testimony from Plaintiff's technical expert. A copy of the letter is attached as Exhibit 1.

October 22, 2015

Respectfully submitted,

By: /s/ *John J. Edmonds*
Stephen F. Schlather
Texas Bar No. 24007993
John J. Edmonds
Texas Bar No. 789758
Shea N. Palavan
Texas Bar No. 24083636
**COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (713) 364-2371
Facsimile: (832) 415-2535
Email: sschlather@cepiplaw.com
    jedmonds@cepiplaw.com
    spalavan@cepiplaw.com

Andrew Spangler
Texas Bar No. 24041960
**SPANGLER LAW P.C.**

        208 N. Green Street, Suite 300
        Longview, Texas 75601
        Telephone: (903) 753-9300
        Facsimile: (903) 553-0403

*Attorneys for Plaintiff,*
*Mass Engineered Design, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

October 22, 2015                        /s/ *John J. Edmonds*
                                          John J. Edmonds