**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MASS ENGINEERED DESIGN, INC.<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>SPACECO BUSINESS SOLUTIONS, INC.<br><br>  Defendant. | C. A. No.: 6:14-cv-00411-RWS-KNM<br><br>**JURY TRIAL DEMANDED** |

**SPACECO BUSINESS SOLUTIONS, INC.'S TRIAL WITNESS LIST**

Pursuant to the Docket Control Order (Dkt. No. 125) entered in this case, Defendant SpaceCo Business Solutions, Inc. ("SpaceCo") serves this Trial Witness List, subject to the following reservations: This Trial Witness List is not an admission that any particular testimony and/or exhibit is admissible. SpaceCo specifically reserves the right to object to any testimony and/or exhibit as inadmissible under the Federal Rules of Evidence. SpaceCo further reserves the right to seek to introduce any testimony, call any witness, or seek to introduce any exhibit listed in Mass Engineered Design Inc.'s Pretrial Disclosures and/or Trial Witness List if otherwise admissible.

At this time, SpaceCo identifies the following witnesses for trial:

| WITNESS (Affiliation) | WILL CALL | MAY CALL | PROBABLY WILL NOT CALL |
|---|---|---|---|
| Darcy Firkus (SpaceCo) | X | | |
| Arthur G. Erdman (SpaceCo, expert) | X | | |

Dated: November 20, 2015

Respectfully submitted,

*[signature]*

Carl A. Hjort, III
Admitted *pro hac vice*
SpaceCo Business Solutions, Inc.
17650 East 32nd Place, Ste. 10A
Aurora, CO 80011
T: 303-350-2204
F: 303-375-6644
E: chjort@spaceco.com

Scott E. Stevens
Texas Bar Number 00792024
Stevens | Henry, PLLC
P.O. Box 3427
Longview, TX 75606-3427
T: 903-753-6760
F: 903-753-6761
Email: scott@stevenshenry.com
*ATTORNEYS FOR DEFENDANT,*
*SpaceCo Business Solutions, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 20th day of November, 2015.

*[signature]*

Scott E. Stevens