**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MASS ENGINEERED DESIGN, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Civil Action No. 6:14-cv-00411-RWS** |
| **v.** | § | |
| | § | |
| **SPACECO BUSINESS SOLUTIONS, INC.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S TRIAL WITNESS LIST**

Pursuant to the Court's Docket Control Order dated August 7, 2015 (Dkt. No. 125), Plaintiff, Mass Engineered Design, Inc. ("MASS"), designates the following witness who will be called or may be called to testify at trial, either live or by deposition:

*See* Appendix A attached hereto.

Plaintiff reserves the right to supplement, amend, or withdraw any submission based on the evidence presented at trial and to object to any submissions by Defendants.

Dated: November 20, 2015

Respectfully submitted,

/s/ *Stephen F. Schlather*
Stephen F. Schlather – LEAD ATTORNEY
Texas State Bar No. 24007993
John J. Edmonds
Texas State Bar No. 789758
Shea N. Palavan
Texas State Bar No. 24083616
**COLLINS, EDMONDS,
SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: sschlather@cepiplaw.com
        jedmonds@cepiplaw.com
        spalavan@cepiplaw.com

2

*Attorneys for Plaintiff,*
*Mass Engineered Design, Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).


Dated: November 20, 2015          /s/ *Stephen F. Schlather*
                                  Stephen F. Schlather

APPENDIX A TO PLAINTIFF'S TRIAL WITNESS LIST

| WITNESS NAME | ADDRESS | WILL CALL | MAY CALL |
|---|---|---|---|
| Moscovitch, Jerry | Mass Engineered Design, Inc. Toronto, Ontario Canada | X | |
| Tameshtit, Allan | Mass Engineered Design, Inc. Toronto, Ontario Canada | | X |
| Bratic, Walter | Overmont Consulting Houston, TX 77027 | X | |
| Akin, John E. | Rice University Mechanical Engineering Dept. Houston, TX 77005-1892 | X | |
| Firkus, Darcy | SpaceCo Business Solutions, Inc. Aurora, CO 80011 | | X |
| Hjort, Carl | SpaceCo Business Solutions, Inc. Aurora, CO 80011 | | X |